IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBIN GLACE, MARGARET     *
KINNAMON, SHERRY MCCANE and   *
DIXIE SEMANS,       *
      *
      Plaintiffs,       *
      *    C.A. NO.:06-767
      v.       *
      *    Trial by Jury Demanded
INTERNAL MEDICINE OF      *
BRIDGEVILLE, a sole proprietorship   *
operating in the State of Delaware,   *
KENNETH R. SMITH, M.D., individually   *
as sole proprietor of Internal Medicine of   *
Bridgeville       *

## ANSWER TO COMPLAINT

1.     Denied.

2.     Defendant is without sufficient information to admit or deny this allegation

therefore it is denied.

3.     Defendant is without sufficient information to admit or deny this allegation

therefore it is denied.

4.     Denied.

## II. THE PLAINTIFFS

5.     First sentence—Defendant is without sufficient information to admit or deny

this allegation therefore it is denied.

Second sentence —Denied.

Third sentence —Admitted.

Fourth sentence—Denied.

6.      First sentence—Defendant is without sufficient information to admit or deny

        this allegation therefore it is denied.

        Second sentence —Denied.

        Third sentence—Admitted that she began employment on or about September

        15, 2003 as a medical assistant/receptionist.  Denied as to the remaining

        portion of the allegations.

7.      First sentence —Defendant is without sufficient information to admit or deny

        this allegation therefore it is denied..

        Second sentence —Denied.

        Third sentence—Admitted she began employment on or about the end of July

        or August 2000 as a receptionist but denied as to the remaining portions of the

        allegations.

8.      First sentence —Defendant is without sufficient information to admit or deny

        this allegation therefore it is denied.

        Second sentence —Denied.

        Third sentence —Admitted she began employment on or about July 7, 2003 as

        a file clerk/receptionist but denied as to the remaining portions of the

        allegations.

### III.  THE DEFENDANTS AND THEIR AGENT

9.      Admitted.

10.     First sentence —Admitted.

        Second sentence —Admitted.

Third sentence—Defendants are without sufficient information to admit or

deny this allegation therefore it is denied.

Fourth sentence —Admitted.

Fifth sentence—Denied.

Sixth sentence—Denied.

Seventh sentence—Denied.


11.    First sentence —Admitted.

Second sentence —Admitted.

Third sentence —Admitted.

Fourth sentence—Denied.

12.    Denied.

13.    Denied as to all allegations of this paragraph.

IV.  THE FACTS WITH REGARD TO THE SEXUAL HARASSMENT OF

PLAINTIFF GLACE

14.    First sentence —Admitted.

Second sentence —Admitted.

Third sentence—Denied.

15.    Denied.

   a.  Denied.

   b.  Denied.

   c.  Denied.

   d.  Denied.

      e.  Denied.

      f.  Denied.

      g.  Denied.

      h.  Denied.

      i.  Denied.

      j.  Denied.

      k.  Denied.

      l.  Denied.

           i.  Denied.

           ii.  Denied.

           iii.  Denied.

           iv.  Denied.

           v.  Denied.

## V. THE FACTS WITH REGARD TO THE SEXUAL HARASSMENT OF PLAINTIFF

## KINNAMON

16.    First sentence —Admitted.

       Second sentence—Denied.

17.    Denied.

      a.  Denied.

      b.  Denied.

      c.  Denied.

           i.  Denied.

           ii.  Denied.

iii.  Denied.

VI.  THE FACTS WITH REGARD TO THE SEXUAL HARASSMENT OF

PLAINTIFF MCCANE

18.     First sentence —Admitted.

Second sentence—Denied.

19.     a.  Denied.

b.  Denied.

c.  Denied.

d.  Denied.

e.  Denied.

f.  Denied.

i.  Denied.

ii.  Denied.

iii.  Denied.

iv.  Denied.

VII.  THE FACTS WITH REGARD TO THE SEXUAL HARASSMENT OF

PLAINTIFF SEMANS

20.     First sentence—Admitted.

Second sentence—Denied.

21.     Denied.

a.  Denied.

b.  Denied.

  c. Denied.

  d. Denied.

  e. Denied.

  f. Denied.

  g. Denied.

  h. Denied.

  i. Denied.

  j. Denied.

  k. Denied.

  l. Denied.

    i. Denied.

    ii. Denied.

    iii. Denied.

## VII. INSTANCES WHERE DEFENDANTS WERE PUT ON NOTICE

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

## VII. FURTHER RETALIATORY ADVERSE ACTION AGAINST PLAINTIFFS

28. Denied.

  a. Denied.

      b.  Denied.

      c.  Denied.

      d.  Denied.

      e.  Denied.

      f.  Denied.

## COUNT I—INTIMIDATING, HOSTILE OR OFFENSIVE WORK ENVIRONMENT

29.    Defendants repeat and reassert responses to paragraph 1-28 as set out above.

30.    Denied.

31.    Denied.

32.    Denied.

33.    Denied.

34.    Denied.

## COUNT II—CONSTRUCTIVE DISCHARGE

35.    Defendants repeat and reassert responses to paragraphs 1-34 as set out above.

36.    Denied.

37.    Admitted that Plaintiffs resigned but not for reasons set forth in this

complaint.

38.    Denied.

39.    Denied.

40.    Denied.

## COUNT III—RETALIATION

41.    Defendants and reassert paragraphs 1-40 set out above.

42.    Denied.

43.    Denied.

44.    Denied.

45.    Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state claims for which they are entitled to relief.


## SECOND AFFIRMATIVE DEFENSE

Plaintiffs complaint fail to state a claim against Defendants since they are not

employers as defined in 42 U.S.C. section 2000e.  Thus, under Title VII of the civil

rights acts, it is not an appropriate action as to the Defendants

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs complaint fails to state a claim upon which relief may be granted against

Dr. Smith since individuals are not subject to personal liability under Title VII.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to receive back pay, damages for emotional and stress, or

other damages insofar as Plaintiffs have failed to mitigate their damages.


WHEREFORE, the Defendants request that this Court:

a.    Dismiss Plaintiffs complaint in its entirety and award judgment in favor of

Defendants.

b.    Award Defendants costs and reasonable attorney's fees; and

     c.       Grant to Defendants such other additional relief as this Court deems just

and proper under the circumstances of this case.

**LIGUORI, MORRIS & YIENGST**

**/s/ James E. Liguori**
**JAMES E. LIGUORI, ESQUIRE**
46 The Green
Dover, DE  19901
(302) 678-9900
Bar ID 415
jel_lmy@msn.com
Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | C.A. NO.:06-767 |
| | * | Trial by Jury Demanded |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville | * * * * * * | |

## CERTIFICATE OF SERVICE

LIGUORI, MORRIS AND YIENGST, Attorneys for the Defendant in the foregoing cause, hereby certify that two copies of Defendants Answer to Complaint were mailed by United States mail, postage prepaid to:

Martin D. Haverly, Esquire
Martin Duane Haverly, Attorney at Law
2 East 7th Street, Suite 302
Wilmington, DE 19801

By: /s/ James E. Liguori, Esquire
JAMES E. LIGUORI
Delaware Bar ID No. 415
46 The Green
Dover, Delaware 19901
Dated: January 10, 2007                          jel_lmy@msn.com
(302) 678-9900