# Liguori, Morris & Yiengst

**Attorneys At Law**
46 The Green, Dover, Delaware 19901
(302) 678-9900 • Fax (302) 678-3008



James E. Liguori
Gregory A. Morris
Laura A. Yiengst

March 6, 2007

The Honorable Mary Pat Thynge
U.S. Magistrate
Lock Box 8
Wilmington, DE 19801

RE:   ROBBIN GLACE ET AL V. INTERNAL MEDICINE OF BRIDGEVILLE ET AL
      CA NO.: 06-767

Dear Judge Thynge,

    Please be advised that my partner Gregory A. Morris will participate on my behalf for the teleconference which is scheduled for March 9, 2007 at 11:30 a.m. I understand Plaintiff's counsel will be initiating the teleconference call.

    If you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

/s/ James E. Liguori
James E. Liguori

JEL/tlb
cc.   Martin Haverly, Esquire
      Thomas S. Neuberger, Esquire