**MARTIN D. HAVERLY**
ATTORNEY AT LAW
Two East 7th Street
Suite 201
Wilmington, Delaware 19801

Licensed in Delaware
and Pennsylvania

Telephone
(302)654-2255
Facsimile
(302)654-0175

March 7, 2007

**Via E-filing**

The Honorable Mary Pat Thynge
United States District Court
844 North King Street
Lock Box 8
Wilmington, DE 19801

RE: <u>Glace, et al. v. Internal Medicine of Bridgeville</u>
    <u>March 9, 2007 Teleconference Participation</u>

Dear Judge Thynge:

  This letter is written to notify you that I will be handling the Scheduling Conference on behalf of Plaintiffs which is scheduled for Friday, March 9, 2007 at 11:30 a.m. Per your Honor's Order, my office will initiate the call.

           Respectfully submitted,

           Martin D. Haverly

MDH/acs

cc: The Neuberger Firm
   Gregory A. Morris, Esquire (via e-filing)
   Robin Glace
   Margaret Kinnamon
   Sherry McCane
   Dixie Semans