IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, : : : : Plaintiffs, : : v. : : INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville, : : : : : : : Defendant. : | Civil Action No. 06-767-*** |

## ORDER

At Wilmington this 9th day of **March, 2007.**

A status/scheduling teleconference was held on March 9, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that a scheduling teleconference is set for **March 21, 2007 at 8:00 a.m.** to be initiated by defense counsel for the purpose of establishing a scheduling order through paragraph 9 (case dispositive motions) and a mediation conference date.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE