# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

ROBIN GLACE, MARGARET KINNAMON, :
SHERRY MCCANE and DIXIE SEMANS, :
                                        :
                Plaintiffs,      :
                                          :
         v.                      :      Civil Action No. 06-767-***
                                          :
INTERNAL MEDICINE OF BRIDGEVILLE, :
a sole proprietorship operating in the   :
State of Delaware, KENNETH R. SMITH, :
M.D., individually as sole proprietor of   :
Internal Medicine of Bridgeville,       :
                                          :
                Defendant.      :

## <u>ORDER</u>

At Wilmington this **13th day of March, 2007.**

IT IS ORDERED that a scheduling teleconference is set for **March 21, 2007 at 8:00 a.m.** to be initiated by defense counsel for the purpose of establishing a scheduling order through paragraph 9 (case dispositive motions) and a mediation conference date.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE
