IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-767-*** |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on April 13, 2007, I caused two (2) copies of the foregoing **RULE 26 SELF-EXECUTING INITIAL DISCLOSURES OF PLAINTIFF** to be delivered via first class mail postage prepaid to the following:

James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori Morris & Yiengst
46 The Green
Dover, DE 19901

MARTIN D. HAVERLY, ATTORNEY AT LAW

 /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
(302)654-2255
Attorney for Plaintiffs