IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE** and **DIXIE SEMANS** : : : : | |
| Plaintiff, : : | |
| v. : : | C.A. No. 06-767 |
| **INTERNAL MEDICINE OF BRIDGEVILLE,** a sole proprietorship operating in the State of Delaware, **KENNETH R. SMITH, M.D.**, individually as sole proprietor of Internal Medicine of Bridgeville : : : : : : : : | Jury Trial Demanded |
| Defendants : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on May 21, 2007 I sent via first class mail postage prepaid **PLAINTIFF MARGARET KINNAMON'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR DOCUMENTS DIRECTED TO PLAINTIFF MARGARET KINNAMON** to the following:

>James E. Liguori, Esquire
>Laura A. Yiengst, Esquire
>Liguori, Morris & Yiengst
>46 The Green
>Dover, DE 19901

>/s/ Martin D. Haverly
>**MARTIN D. HAVERLY, ESQ.**

cc:   The Neuberger Firm
      Margaret Kinnamon