## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBIN GLACE, MARGARET** | : | |
| **KINNAMON, SHERRY** | : | |
| **MCCANE** and **DIXIE SEMANS** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **C.A. No. 06-767-\*\*\*** |
| | : | |
| **INTERNAL MEDICINE OF** | : | |
| **BRIDGEVILLE,** a sole proprietorship | : | |
| operating in the State of Delaware, | : | |
| **KENNETH R.SMITH, M.D.**, individually | : | |
| as sole proprietor of Internal Medicine of | : | |
| Bridgeville | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on

May 21, 2007 I sent via first class mail postage prepaid **PLAINTIFF MARGARET**

**KINNAMON'S ANSWERS AND OBJECTIONS TO FIRST  SET OF**

**INTERROGATORIES DIRECTED TO PLAINTIFF MARGARET KINNAMON BY**

**INTERNAL MEDICINE OF BRIDGEVILLE AND KENNETH R. SMITH M.D.** to the

following:

        James E. Liguori, Esquire
        Laura A. Yiengst, Esquire
        Liguori, Morris & Yiengst
        46 The Green
        Dover, DE 19901

                /s/ Martin D. Haverly
                **MARTIN D. HAVERLY, ESQ.**

cc:    The Neuberger Firm
       Margaret Kinnamon