## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE** and **DIXIE SEMANS** | : : : : | |
| Plaintiff, | : : | |
| v. | : : | C.A. No. 06-767 |
| **INTERNAL MEDICINE OF BRIDGEVILLE,** a sole proprietorship operating in the State of Delaware, **KENNETH R. SMITH, M.D.**, individually as sole proprietor of Internal Medicine of Bridgeville | : : : : : : : | **Jury Trial Demanded** |
| Defendants | : : | |

### NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the bar of this Court do hereby certify that on May 21, 2007 I sent via first class mail postage prepaid **PLAINTIFF'S DIXIE SEMANS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST REQUEST FOR DOCUMENTS DIRECTED TO PLAINTIFF DIXIE SEMANS** to the following:

James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

/s/ Martin D. Haverly
**MARTIN D. HAVERLY, ESQ.**

cc: The Neuberger Firm
Dixie Semans