IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, : : : : Plaintiffs, : : v. : : INTERNAL MEDICINE OF BRIDGEVILLE, : a sole proprietorship operating in the : State of Delaware, KENNETH R. SMITH, : M.D., individually as sole proprietor of : Internal Medicine of Bridgeville, : : Defendant. : | Civil Action No. 06-767-*** |

## ORDER

At Wilmington this **11th** day of **June, 2007**,

IT IS ORDERED that the mediation conference scheduled for Thursday, June 21, 2007 at 10:00 a.m. has been rescheduled to **Thursday, July 19, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, July 9, 2007.** All other provisions of the Court's March 22, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE