IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-767-MPT |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of this Court, do hereby certify that on August 23, 2007, I caused two (2) copies of **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** and **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS** to be sent via First Class Mail Postage Prepaid to the following:

    James E. Liguori, Esquire
    Laura A. Yiengst, Esquire
    Liguori, Morris & Yiengst
    46 The Green
    Dover, DE 19901

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

   /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
martin@haverlylaw.com
(302)654-2255

Attorney for Plaintiffs

cc:    Thomas Stephen Neuberger, Esq.
       Robin Glace
       Margaret Kinnamon
       Sherry McCane
       Dixie Semans