IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ROBIN GLACE, MARGARET KINNAMON, :
SHERRY MCCANE and DIXIE SEMANS, :
:
         Plaintiffs, :
:
v. : Civil Action No. 06-767-***
:
INTERNAL MEDICINE OF BRIDGEVILLE, :
a sole proprietorship operating in the :
State of Delaware, KENNETH R. SMITH, :
M.D., individually as sole proprietor of :
Internal Medicine of Bridgeville, :
:
         Defendant. :

## ORDER

At Wilmington this **12th** day of **September, 2007**,

IT IS ORDERED that the Scheduling Order of March 22, 2007 is modified as follows:

    3(c)    <u>Discovery Cut Off</u>: All discovery in this case shall be initiated so that it will be completed on or before **November 30, 2007**.

    3(d)    <u>Disclosure of Expert Testimony</u>: For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **October 5, 2007**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **November 5, 2007**.

All remaining provisions or portions of provisions of the Scheduling Order

of March 22, 2007 not modified herein remain in effect.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE