IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-767-MPT |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville, | : : : : : : | |
| Defendants. | : | |

### NOTICE OF DEPOSITIONS

TO: James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

PLEASE TAKE NOTICE THAT counsel for the Plaintiffs will take the depositions of the below named in the offices of Martin D. Haverly, Attorney at Law, 2 East Seventh Street, Suite 201, Wilmington, DE 19801, at the dates and times indicated.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Kenneth R. Smith, M.D. | October 3, 2007 | 10:00 a.m. |
| Suzanne Smith | October 3, 2007 | 2:00 p.m. |

                              **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                              **/s/ Martin D. Haverly**
                              **MARTIN D. HAVERLY, ESQUIRE**
                              Del. Bar No. 3295
                              Two East Seventh Street, Suite 201
                              Wilmington, DE 19801
                              (302)654-2255

                              Attorney for Plaintiffs

Dated: September 19, 2007

**CERTIFICATE OF SERVICE**

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on September 19, 2007 I caused the foregoing **NOTICE OF DEPOSITIONS** to be delivered via CM/ECF efiling and first class mail postage prepaid to the following.

> James E. Liguori, Esquire
> Laura A. Yiengst, Esquire
> Liguori Morris & Yiengst
> 46 The Green
> Dover, DE 19901

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

 /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
(302)654-2255
Attorney for Plaintiffs

cc:   The Neuberger Firm
    Robin Glace
    Margaret Kinnamon
    Sherry McCane
    Dixie Semans
    Wilcox & Fetzer