IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   C.A. NO.:06-767 <br><br> Trial by Jury Demanded |

## CERTIFICATE OF SERVICE

    LIGUORI, MORRIS AND YIENGST, attorneys for the Defendants in the foregoing cause, hereby certify that copies of Defendants' Answer to Plaintiffs' First Request for Production of Documents were hand delivered to:

Martin D. Haverly, Esquire
Martin Duane Haverly, Attorney at Law
2 East 7th Street, Suite 302
Wilmington, DE 19801

                By: /s/ James E. Liguori, Esquire
                JAMES E. LIGUORI
                Delaware Bar ID No. 415
                46 The Green
                Dover, Delaware 19901
Dated: October 1, 2007        jliguori@lmylaw.com
                (302) 678-9900