IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No. 06-767-MPT |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville, | : : : : : : : | |
| Defendants. | : | |

## RENOTICE OF DEPOSITIONS

TO:  James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

PLEASE TAKE NOTICE THAT counsel for the Plaintiffs will take the depositions of the below named in the offices of Martin D. Haverly, Attorney at Law, 2 East Seventh Street, Suite 201, Wilmington, DE 19801, at the dates and times indicated.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Suzanne Smith | October 17, 2007 | 11:00 a.m. |
| Kenneth R. Smith, M.D. | October 17, 2007 | 2:00 p.m. |

                **MARTIN D. HAVERLY, ATTORNEY AT LAW**

                <u>/s/ **Martin D. Haverly**          </u>
                **MARTIN D. HAVERLY, ESQUIRE**
                Del. Bar No. 3295
                Two East Seventh Street, Suite 201
                Wilmington, DE 19801
                (302)654-2255

                Attorney for Plaintiffs

Dated: October 9, 2007

## CERTIFICATE OF SERVICE

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on October 9, 2007 I caused the foregoing **RENOTICE OF DEPOSITIONS** to be delivered via CM/ECF efiling and first class mail postage prepaid to the following.

    James E. Liguori, Esquire
    Laura A. Yiengst, Esquire
    Liguori Morris & Yiengst
    46 The Green
    Dover, DE 19901

    **MARTIN D. HAVERLY, ATTORNEY AT LAW**

    /s/ Martin D. Haverly
    MARTIN D. HAVERLY, ESQUIRE
    Two East 7th Street, Suite 201
    Wilmington, DE 19801
    Del. Bar No. 3295
    (302)654-2255
    Attorney for Plaintiffs

cc:    The Neuberger Firm
       Robin Glace
       Margaret Kinnamon
       Sherry McCane
       Dixie Semans
       Wilcox & Fetzer