## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS,** | : : : : | |
| **Plaintiffs,** | : : | |
| **v.** | : : | **C.A. No. 06-767-MPT** |
| **INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville,** | : : : : : | |
| **Defendants.** | : : : | |

### RENOTICE OF DEPOSITIONS

TO:   James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori, Morris & Yiengst
46 The Green
Dover, DE 19901

PLEASE TAKE NOTICE THAT counsel for the Plaintiffs will take the depositions of

the below named in the offices of Martin D. Haverly, Attorney at Law, 2 East Seventh Street,

Suite 201, Wilmington, DE 19801, at the dates and times indicated.

| DEPONENT | DATE | TIME |
|---|---|---|
| Suzanne Smith | October 22, 2007 | 11:00 a.m. |
| Kenneth R. Smith, M.D. | October 22, 2007 | 2:00 p.m. |

**MARTIN D. HAVERLY, ATTORNEY AT LAW**


 **/s/ Martin D. Haverly**
**MARTIN D. HAVERLY, ESQUIRE**
Del. Bar No. 3295
Two East Seventh Street, Suite 201
Wilmington, DE 19801
(302)654-2255

Attorney for Plaintiffs

Dated: October 10, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Martin D. Haverly, being a member of the Bar of Court, do hereby certify that on

October 10, 2007 I caused the foregoing **RENOTICE OF DEPOSITIONS** to be delivered via

CM/ECF efiling and first class mail postage prepaid to the following.

James E. Liguori, Esquire
Laura A. Yiengst, Esquire
Liguori Morris & Yiengst
46 The Green
Dover, DE 19901

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

  /s/ Martin D. Haverly
MARTIN D. HAVERLY, ESQUIRE
Two East 7th Street, Suite 201
Wilmington, DE 19801
Del. Bar No. 3295
(302)654-2255
Attorney for Plaintiffs

cc:     The Neuberger Firm
        Robin Glace
        Margaret Kinnamon
        Sherry McCane
        Dixie Semans
        Wilcox & Fetzer