## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS,** | * * * |
| **Plaintiffs,** | * |
| | *   **C.A. NO.:06-767** |
| v. | * |
| | *   **Trial by Jury Demanded** |
| **INTERNAL MEDICINE OF BRIDGEVILLE,** a sole proprietorship operating in the State of Delaware, **KENNETH R. SMITH, M.D.,** individually as sole proprietor of Internal Medicine of Bridgeville | * * * * * * |
| **Defendants.** | * |

## CERTIFICATE OF SERVICE

I, James E. Liguori, being a member of the Bar of Court, do hereby certify that on October 11, 2007 I caused the foregoing Notice of Depositions to be delivered via CM/ECF e-filing and first class mail postage prepaid to the following:

Martin D. Haverly, Esquire
Two East Seventh Street, Suite 201
Wilmington, DE 19801

**LIGUORI, MORRIS & YIENGST**

By:  /s/ James E. Liguori, Esquire
JAMES E. LIGUORI
Delaware Bar ID No. 415
46 The Green
Dover, Delaware 19901
jliguori@lmylaw.com
(302) 678-9900
Attorney for Defendants

Dated: October 11, 2007