IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS, | * * * | |
| Plaintiffs, | * | C.A. NO.:06-767 |
| v. | * * | Trial by Jury Demanded |
| INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville | * * * * * * | |
| Defendants. | * | |

### NOTICE OF DEPOSITION

TO:   Martin D. Haverly, Esquire
      Two East Seventh Street, Suite 201
      Wilmington, DE 19801

**PLEASE TAKE NOTICE** that counsel for the Defendants will take the deposition of the below named in the law office of Liguori, Morris & Yiengst, 46 The Green, Dover, DE 19901 at the date and time indicated.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Margaret Kinnamon | November 8, 2007 | 10:00 a.m. |

LIGUORI, MORRIS & YIENGST

By: /s/ James E. Liguori, Esquire
JAMES E. LIGUORI
Delaware Bar ID No. 415
46 The Green
Dover, Delaware 19901
jliguori@lmylaw.com
(302) 678-9900
Attorney for Defendants

Dated: October 11, 2007