IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBIN GLACE, MARGARET KINNAMON, SHERRY MCCANE and DIXIE SEMANS,** : : : : | |
| **Plaintiffs,** : : | |
| v. : | C.A. No. 06-767-SLR |
| : | |
| **INTERNAL MEDICINE OF BRIDGEVILLE, a sole proprietorship operating in the State of Delaware, KENNETH R. SMITH, M.D., individually as sole proprietor of Internal Medicine of Bridgeville,** : : : : : : | |
| **Defendants.** : | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Robin Glace, Margaret Kinnamon, Sherry McCane and Dixie Semans, and Defendants, Internal Medicine of Bridgeville and Kenneth R. Smith, M.D., through their respective undersigned counsel, that the above-captioned action is dismissed with prejudice; and

IT IS HEREBY STIPULATED AND AGREED that this Court shall retain jurisdiction over this case for the purpose of enforcing the parties' Agreement And General Release which is incorporated herein by reference.

**MARTIN D. HAVERLY, ATTORNEY AT LAW**

Date: 2/19/08      /s/ Martin D. Haverly
**MARTIN D. HAVERLY, ESQUIRE (Del. Bar #3295)**
Two East 7th Street, Suite 201
Wilmington, Delaware 19801
(302)654-2255
martin@haverlylaw.com

Attorney for Plaintiffs

**LIGUORI, MORRIS & YIENGST**

Date: 2/19/08      /s/ James E. Liguori
**JAMES E. LIGUORI, ESQUIRE (Del. Bar #415)**
46 The Green
Dover, DE 19901
(302)678-9900
jel_lmy@msn.com

Attorney for Defendants

SO ORDERED this _____ of _____, 2008

_____
J.